UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CIAHRA LANISE FRANCK,<br><br>                Plaintiff,<br>    v.<br><br>AMERICAN EXPRESS CO. et al,<br><br>                Defendants. | CASE NO. 2:24-cv-00990-LK<br><br>ORDER DISMISSING CASE |

      This matter comes before the Court sua sponte. Plaintiff Ciahra Lanise Franck, who is proceeding pro se, filed her complaint on July 5, 2024, naming American Express Company and Jeff Campbell as Defendants. Dkt. No. 1. A summons was issued as to Defendant American Express on July 9, 2024. Dkt. No. 4. Ms. Franck did not file a summons naming Defendant Jeff Campbell for the Clerk to sign, and therefore no summons as to Mr. Campbell was issued. In the intervening months, no proof of service has been filed and no Defendant has appeared.

      On October 17, 2024, the Court ordered Ms. Franck to show cause why the case should not be dismissed for failure to prosecute and failure to serve. Dkt. No. 7. The Court warned that "[f]ailure to respond will result in dismissal of the case without prejudice." *Id.* at 2. Because Ms.

ORDER DISMISSING CASE - 1

1  Franck did not respond, the Court DISMISSES this action without prejudice. The Clerk of Court

2  is directed to close this case.

3

4      Dated this 22nd day of April, 2025.

5

6                                       Lauren King
                                      United States District Judge

ORDER DISMISSING CASE - 2